| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2021
Nathan Ochsner, Clerk

Siemens Industry Software, Inc., §
§
§ Plaintiff, §
§
versus § Civil Action H-21-385
§
Does 1-142, §
§
§ Defendants. §

## Final Dismissal

Having been advised that Siemens Industry Software, Inc., no longer wishes to pursue its claims against Does 1-142, the case is dismissed without prejudice. (15)

Signed on June 3, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge